596

No. 526. BALTIMORE & OHIO R. CO. ET AL. v. BRADY. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. George M. Hoffheimer, Charles R. Webber, Eugene S. Williams, E. A. Bowers,* and *William C. Purnell* for petitioners. *Messrs. George T. Bell* and *Samuel T. Spears* for respondent.

No. 537. ARTHUR C. HARVEY CO. v. MALLEY ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. W. Walker Taylor* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Francis H. Horan,* and *Paul D. Miller* for respondents.

No. 538. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS v. UNITED STATES. January 9, 1933. Petition for writ of certiorari to the Court of Customs and Patent Appeals granted. *Messrs. Sveinbjorn Johnson* and *Oscar E. Carlstrom* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Erwin N. Griswold* for the United States.

No. 45. MILLER v. STATE BOARD OF DENTAL EXAMINERS ET AL. See same case, *ante,* p. 563.

No. 64. THOMAS ET AL. v. RABB. See same case, *ante,* p. 564.